IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-23-BO-1

UNITED STATES OF AMERICA, )
)
)
v. ) ORDER
)
RICARDO TYRONE WILLIAMS, JR., )
Defendant. )

This matter is before the Court on defendant's motion [DE 138].

## BACKGROUND

Defendant was originally indicted by a federal grand jury for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) on April 8, 2015. The district court dismissed the indictment on July 7, 2015, on the grounds that defendant's predicate conviction did not have a term of imprisonment longer than a year, as required by 18 U.S.C.§ 922(g)(1). Defendant had begun post-release supervision before serving a year on his predicate offense. The Fourth Circuit stayed the government's appeal of the dismissal pending *United States v. Barlow*, 811 F.3d 133 (4th Cir. 2015). On November 3, 2016, the Fourth Circuit reversed the district court's dismissal, as *Barlow* held that a term of post-release supervision is part of the term of imprisonment. Defendant's case was reopened, and he pleaded guilty on June 19, 2017. He was sentenced to a term of 90 months' imprisonment in the Bureau of Prisons on September 21, 2017, a term he will begin upon the conclusion of an unrelated state sentence.

## DISCUSSION

In his motion, defendant makes claims about his attorney's representation and asks to be resentenced. The relief which defendant seeks is that which would be provided by a successful

motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Accordingly, the Court NOTIFIES defendant of its intent to construe his letter as a § 2255 motion. The clerk is DIRECTED to send to defendant the necessary forms for filing a motion to vacate in this Court. Defendant shall either return the § 225 5 forms, confirming his intent to pursue such motion, or notify the Court of his intent to withdraw such motion not later than August 24, 2018. The Court warns petitioner of the effects of filing a motion pursuant to § 2255 and advises him as to the requirements of § 2255. *See Castro v. United States*, 540 U.S. 375, 377, 383 (2003); *see also United States v. Emmanuel*, 288 F.3d 644, 649 (4th Cir. 2002).

## CONCLUSION

The Court shall construe defendant's letter [DE 138] as a motion pursuant to 28 U.S.C. § 2255 in the absence of defendant's providing notice to the Court to the contrary on or before August 24, 2018. The Clerk is DIRECTED to provide defendant with the forms to file a motion to vacate in this Court.

SO ORDERED, this 26 day of July, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE